**Order entered January 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00942-CR
No. 05-19-00943-CR
No. 05-19-00944-CR

**MARCOS GALLEGOSMARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-57057-Q, F18-57058-Q, F18-57059-Q**

## ORDER

Before the Court is appellant's January 21, 2020 second motion to extend time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **February 21, 2020**. We caution appellant that further requests for extension of time are disfavored.

/s/     BILL PEDERSEN, III
          JUSTICE